# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE MUNOZ, | Case No. EDCV 10-0305-DSF (JEM) |
| Plaintiff, | |
| v. | ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Plaintiff has not filed any written Objections to the Report and Recommendation. The Court accepts the findings and recommendations of the Magistrate Judge with the exception of the sentence beginning at page 21, line 9. That sentence should read: "Plaintiff would not be disabled even if she could not perform her prior relevant work as a peddler."

**IT IS HEREBY ORDERED** that Judgment be entered affirming the decision of the Commissioner of Social Security and dismissing this action with prejudice.

DATED: 6/26/11

DALE S. FISCHER
UNITED STATES DISTRICT JUDGE