# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| JACQUELINE MUNOZ, | ) | Case No. EDCV 10-0305-DSF (JEM) |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) | |
| Defendant. | ) | |

In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is AFFIRMED and this action is dismissed with prejudice.

DATED: 6/28/11

_Dale S. Fischer_
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE